FILED
12/19/18 2:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Robert O. Jacky ) | Case No. 18-10836 TPA |
| Mary Linda Jacky ) | Chapter 13 |
|    Debtors ) | Docket No. 23 |
| ) | |
| Robert O. Jacky ) | |
| Mary Linda Jacky ) | |
|    Movants ) | |
| ) | |
|    vs. ) | |
| American Honda Finance, BB&T Credit, ) | |
| Bank of America, Capital One, NA, Care ) | |
| Credit/Synchrony Bank, Chase, ) | |
| Comprehensive Dental Group LLC, ) | |
| Hammerlee Dental Care, Kathleen Tucci, ) | |
| Key Bank, Kohl's, LL Bean, Lending ) | |
| Club/Comenity Capital Bank, Lowe's/ ) | |
| Synchrony Bank, Meadville Medical Center ) | |
| Office of the United States Trustee, PNC ) | |
| Bank, PRA receivables Management LLC, ) | |
| Paypal, Pennsylvania Department of ) | |
| Revenue, Portfolio Recovery Associates ) | |
| LLC, Quicken Loans, Renew Finance, ) | |
| Synchrony Bank, Transworld Systems Inc., ) | |
| UPMC Health Services, KML Law Group ) | |
| PC, Ronda J. Winnecour ) | |
|    Respondents ) | |

**ORDER OF COURT**

AND NOW, to wit, this _____19th_____ day of _____December_____, 2018, it is

hereby ORDERED, ADJUDGED, and DECREED, that the debtors are approved to obtain a loan

for no more than $22,000.00 with a monthly payment of no more than $425.00 used to purchase

a new or used motor vehicle. An amended Chapter 13 plan will be filed to include the new

vehicle loan as soon as the vehicle is purchased.  A Report of Finance will be filed within 14

days of the purchase.


The purchase/financing transaction shall occur *on or before (30 days)*.
An *Amended Ch. 13 Plan,* to include the payment for the subject vehicle,
and a *Report of Financing* shall be filed *on or before 7 days after the date
of the purchase/financing transaction*

_____J.
                                    vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert O. Jacky
Mary Linda Jacky
    Debtors

Case No. 18-10836-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: lfin     Page 1 of 1     Date Rcvd: Dec 19, 2018
                      Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2018.
db/jdb       +Robert O. Jacky,    Mary Linda Jacky,    6055 Glade Drive,    Erie, PA 16509-2705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2018 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
         Kenneth M. Steinberg    on behalf of Debtor Robert O. Jacky julie.steidl@steidl-steinberg.com,
          kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         Kenneth M. Steinberg    on behalf of Joint Debtor Mary Linda Jacky
          julie.steidl@steidl-steinberg.com,
          kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                         TOTAL: 5