IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Robert O. Jacky | ) | Case No.  18-10836 TPA |
| Mary Linda Jacky | ) | Chapter 7 |
|    Debtors | ) | Related to Docket No. 58 |
| | ) | |
| Robert O. Jacky | ) | |
| Mary Linda Jacky | ) | |
|    Movants | ) | |
| | ) | |
|    vs. | ) | |
| American Honda Finance, BB&T Credit, | ) | |
| Bank of America, Capital One, NA, Care | ) | |
| Credit/Synchrony Bank, Chase, | ) | |
| Comprehensive Dental Group LLC, | ) | |
| Hammerlee Dental Care, Kathleen Tucci, | ) | |
| Key Bank, Kohl's, LL Bean, Lending | ) | |
| Club/Comenity Capital Bank, Lowe's/ | ) | |
| Synchrony Bank, Meadville Medical Center | ) | |
| Office of the United States Trustee, PNC | ) | |
| Bank, PRA receivables Management LLC, | ) | |
| Paypal, Pennsylvania Department of | ) | |
| Revenue, Portfolio Recovery Associates | ) | |
| LLC, Quicken Loans, Renew Finance, | ) | |
| Synchrony Bank, Transworld Systems Inc., | ) | |
| UPMC Health Services, KML Law Group | ) | |
| PC, Ronda J. Winnecour | ) | |
|    Respondents | ) | |

**<u>CERTIFICATE OF SERVICE OF ORDER CONVERTING CASE FROM
CHAPTER 13 TO CHAPTER 7 AND TERMINATING WAGE ATTACHMENT</u>**

     I, Leslie Nebel, certify under the penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 23, 2020.

     The type of service made on the parties was Service by First-Class Mail.

     If more than one method was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SEE ATTACHED MAILING MATRIX

EXECUTED ON: September 23, 2020

By:   /s/ Leslie Nebel
Leslie Nebel
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
412-391-8000
leslie.nebel@steidl-steinberg.com

```
Label Matrix for local noticing      (p)AMERICAN HONDA FINANCE           BB&T Credit
0315-1                                P O BOX 168088                     PO Box 580435
Case 18-10836-TPA                     IRVING TX 75016-8088                Charlotte, NC 28258-0435
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Tue Nov 27 12:33:40 EST 2018

BB&T, bankruptcy section              (p)BANK OF AMERICA                  Bank of America, N.A.
10-50-01-51                           PO BOX 982238                       P O Box 982284
P.O. box 1847                         EL PASO TX 79998-2238               El Paso, TX 79998-2284
Wilson, NC 27894-1847


Capital One, N.A.                     Care Credit/Synchrony Bank          Chase
c/o Becket and Lee LLP                PO Box 960013                       PO Box 15123
PO Box 3001                           Orlando, FL 32896-0013              Wilmington, DE 19850-5123
Malvern PA 19355-0701


Comprehensive Dental Group, LLC       Hammerlee Dental Care               Mary Linda Jacky
5158 Peach Street, Suite 110          5158 Peach Street                   6055 Glade Drive
Erie, PA 16509-2489                   Erie, PA 16509-2489                 Erie, PA 16509-2705


Robert O. Jacky                       Kathleen Tucci                      Key Bank
6055 Glade Drive                      211 Woodridge Drive                 PO Box 896446
Erie, PA 16509-2705                   Cranberry Twp, PA 16066-5775        Cleveland, OH 44101


KeyBank N.A.                          KeyBank N.A. as S/B/M to First Niagara, NA   Kohl's
4910 Tiedeman Road                    4910 Tiedeman Rd                    PO Box 2983
Brooklyn, Ohio 44144-2338             Brooklyn, OH 44144-2338             Milwaukee, WI 53201-2983


LL Bean                               Lending Club/Comenity Captial Bank  Lowe's/Synchrony Bank
PO Box 13337                          PO Box 659622                       PO Box 530914
Philadelphia, PA 19101-3337           San Antonio, TX 78265-9622          Atlanta, GA 30353-0914


Meadville Medical Center              Office of the United States Trustee PNC Bank
PO Box 4148                           Liberty Center.                     PO Box 856177
Woburn, MA 01888-4148                 1001 Liberty Avenue, Suite 970      Louisville, KY 40285-6177
                                      Pittsburgh, PA 15222-3721


PNC Bank, N.A.                        PRA Receivables Management, LLC     Paypal
PO Box 94982                          PO Box 41021                        PO Box 5138
Cleveland, OH 44101-4982              Norfolk, VA 23541-1021              Lutherville Timonium, MD 21094-5138


Pennsylvania Dept. of Revenue         (p)PORTFOLIO RECOVERY ASSOCIATES LLC Quicken Loans
Department 280946                     PO BOX 41067                        PO Box 6577
P.O. Box 280946                       NORFOLK VA 23541-1067               Carol Stream, IL 60197-6577
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946
```

```
Quicken Loans Inc.                Renew Finance                   SYNCHRONY BANK
635 Woodward Avenue               PO Box 809388                   c/o Weinstein & Riley, PS
Detroit, MI 48226-3408            Chicago, IL 60680-9388          2001 Western Ave., Ste 400
                                                                  Seattle, WA 98121-3132


Kenneth M. Steinberg             Transworld Systems Inc           UPMC Health Services
Steidl & Steinberg               300 Cedar Ridge Drive, Suite 307 PO Box 1123
Suite 2830 Gulf Tower.           Pittsburgh, PA 15205-1159        Minneapolis, MN 55440-1123
707 Grant Street
Pittsburgh, PA 15219-1908


UPMC Health Services             James Warmbrodt                  Ronda J. Winnecour
PO Box 371472                    KML Law Group, P.C.              Suite 3250, USX Tower
Pittsburgh, PA 15250-7472        701 Market Street                600 Grant Street
                                 Suite 5000                       Pittsburgh, PA 15219-2702
                                 Philadelphia, PA 19106-1541
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
American Honda Finance Corporation   Bank of America              (d)Honda Financial Services
National Bankruptcy Center           PO Box 982234                PO Box 65507
P.O. Box 168088                      El Paso, TX 79998            Wilmington, DE 19898
Irving, TX 75016-8088


Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)PRA Receivables Management, LLC   (u)Quicken Loans Inc.        End of Label Matrix
PO Box 41021                                                      Mailable recipients   38
Norfolk, VA 23541-1021                                            Bypassed recipients    2
                                                                  Total                 40
```

Case 18-10836-TPA    Doc 60    Filed 09/23/20    Entered 09/23/20 08:51:09    Desc Main
Document      Page 5 of 7
FILED
9/22/20 11:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ROBERT O. JACKY and : Case No. 18-10836 TPA
MARY LINDA JACKY :
    *Debtors* :
    :
ROBERT O. JACKY and : Related to Document No. 52
MARY LINDA JACKY :
    *Movants* :
    v. :
AMERICA HONDA FINANCE, :
Et al., :
    *Respondent(s)* :

### ORDER CONVERTING CASE FROM CHAPTER 13 TO CHAPTER 7
### AND TERMINATING WAGE ATTACHMENT

The Debtors have filed a notice of conversion in accordance with *11 U.S.C. §1307(a)* converting this case to a case under Chapter 7 of the Bankruptcy Code (Title 11 of the United States Code).

**AND NOW**, this **22nd** day of **September, 2020**, it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) This case is **CONVERTED** to a case under Chapter 7.

(2) The wage attachment(s) issued in this case are immediately **TERMINATED**. The Debtors shall serve a copy of this order on the employer(s).

(3) *Within 14 days* of the date of this Order, the Debtors shall file a schedule of all unpaid debts incurred after the commencement of the Chapter 13 case and before conversion. *Bankruptcy Rule 1019(5)(B)(i).*

(4) *Within 14 days* of the date of this Order, the Debtors shall file the statements and schedules required by *Bankruptcy Rules 1019(1)(A) & 1007(b)*, if such documents have not already been filed.

(5) *Within 30 days* of the date of this Order, the Debtors shall file a statement of intention with respect to retention or surrender of property securing consumer debts, as required by *11 U.S.C. §521(a)(2), Bankruptcy Rule 1019(1)(B)* and conforming to *Official Form 8*.

1

(6) The Chapter 13 Trustee **FORTHWITH** shall turn over to the Chapter 7 Trustee all records and property of the estate remaining in the Chapter 13 Trustee's custody and control, as required by *Bankruptcy Rule 1019(4)*, except to the extent that the Trustee shall dispose of remaining funds as required by *W.PA. LBR 3021-1(f)*.

(7) *Within 60 days* of the date of this Order, the Chapter 13 Trustee shall file an accounting of all receipts and distributions made. Jurisdiction over the Chapter 13 Trustee's certification of disbursements of funds and final report and account remains assigned to the Honorable Thomas P. Agresti, Bankruptcy Judge.

(8) *Within 30 days* of the date of this Order, the Debtors shall, if the case is converted after the confirmation of a plan, file:

(a) A schedule of all property not listed in the final report and account of the Chapter 13 Trustee which was acquired after the commencement of the Chapter 13 case but before the entry of this conversion order, *Bankruptcy Rule 1019(5)(C)(i)*;

(b) A schedule of unpaid debts not listed in the Chapter 13 Trustee's final report and account, *Bankruptcy Rule 1019(5)(C)(ii)*; and

(c) A schedule of executory contracts entered into or assumed after the commencement of the Chapter 13 case but before the entry of this conversion order, *Bankruptcy Rule 1019(5)(C)(iii)*, and

(d) The schedule of claimants under (b) of this paragraph shall be filed in matrix format. The Clerk shall reject for filing any list of claimants which is not filed in matrix format.

It is **FURTHER ORDERED** that the Clerk shall send the notice required by *Bankruptcy Rule 1019(6)*. If the reports and schedules per Paragraphs 3, 8(b) and 8(c) of this Order are filed in time for the Clerk to include post-petition creditors in the §341 notice mailing, the Clerk shall so include the post-petition creditors in that mailing. If said report and schedules are not filed in time for inclusion of the post-petition creditors in the §341 notice mailing, *within ten (10) days of the filing of said report and schedules*, the Clerk shall send the notice required by *Bankruptcy Rule 1019(6)*.

It is **FURTHER ORDERED** that *within forty-five (45) days* of this Order, all Chapter 13 fee petitions by any professional shall be self-scheduled and filed with the Clerk of the Bankruptcy Court. The fee petition shall be captioned "Chapter 13 Fee Petition in Converted Case" and shall designate the case number as "Bankruptcy No. 18-10836 TPA" and the hearing shall be self-scheduled on Judge Agresti's motions calendar.

It is **FURTHER ORDERED** that *within ten (10) days* hereof shall **IMMEDIATELY SERVE** a copy of this Order on all creditors in the above case and shall *file a Certificate of Service* with the Clerk of the Bankruptcy Court.

2

      The Court retains jurisdiction over the Chapter 13 Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Trustee's Final Report and Account, the Chapter 13 Trustee is discharged from her duties in this case.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
Debtor(s)
Debtor(s) Counsel
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee
Chapter 7 Trustee

3