| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Robert O. Jacky** | Social Security number or ITIN | **xxx–xx–5060** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Mary Linda Jacky** | Social Security number or ITIN | **xxx–xx–7179** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13** | **8/21/18** |
| Case number: | **18–10836–TPA** | Date case converted to chapter **7** | **9/22/20** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert O. Jacky | Mary Linda Jacky |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6055 Glade Drive<br>Erie, PA 16509 | 6055 Glade Drive<br>Erie, PA 16509 |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth M. Steinberg<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower.<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email: julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John C. Melaragno, Trustee<br>502 West 7th Street.<br>Erie, PA 16502 | Contact phone 814–459–5557<br><br>Email: johnm@mplegal.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                    page **1**

Debtor **Robert O. Jacky** and **Mary Linda Jacky**                                                                                         Case number **18–10836–TPA**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 9/22/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 6, 2020 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.**          **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/5/21** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/1/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/19/19** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                                       page **2**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                                 Case No. 18-10836-TPA
Robert O. Jacky                                                                        Chapter 7
Mary Linda Jacky
         Debtors                         CERTIFICATE OF NOTICE
District/off: 0315-1            User: lfin                    Page 1 of 2                  Date Rcvd: Sep 22, 2020
                                Form ID: 309B                 Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2020.
db/jdb         +Robert O. Jacky,    Mary Linda Jacky,    6055 Glade Drive,    Erie, PA 16509-2705
aty            +Brian Nicholas,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +William E. Craig,    Morton and Craig LLC,    110 Marter Avenue,    Suite 301,
                 Moorestown, NJ 08057-3125
cr             +American Honda Finance Corporation d/b/a Honda Fin,    3625 W. Royal Lane #200,
                 Irving, TX 75063-2912
14900735      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: Honda Financial Services,    PO Box 65507,   Wilmington, DE 19898)
14900731       +BB&T Credit,    PO Box 580435,    Charlotte, NC 28258-0435
14933462       +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
14924493       +Comprehensive Dental Group, LLC,    5158 Peach Street, Suite 110,    Erie, PA 16509-2489
14900734       +Hammerlee Dental Care,    5158 Peach Street,    Erie, PA 16509-2489
14900737       +Kathleen Tucci,    211 Woodridge Drive,    Cranberry Twp, PA 16066-5775
14900738        Key Bank,    PO Box 896446,    Cleveland, OH 44101
14904991       +KeyBank N.A. as S/B/M to First Niagara, NA,    4910 Tiedeman Rd,    Brooklyn, OH 44144-2338
14900741       +Lending Club/Comenity Captial Bank,    PO Box 659622,    San Antonio, TX 78265-9622
14900744       +Meadville Medical Center,    PO Box 4148,    Woburn, MA 01888-4148
14900746       +PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
14939636       +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
14900747       +Quicken Loans,    PO Box 6577,    Carol Stream, IL 60197-6577
14900748       +Renew Finance,    PO Box 809388,    Chicago, IL 60680-9388
14900749       +Transworld Systems Inc,    300 Cedar Ridge Drive, Suite 307,    Pittsburgh, PA 15205-1159
14900750       +UPMC Health Services,    PO Box 371472,    Pittsburgh, PA 15250-7472
14929917        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: julie.steidl@steidl-steinberg.com Sep 23 2020 04:21:41      Kenneth M. Steinberg,
                 Steidl & Steinberg,    Suite 2830 Gulf Tower.,    707 Grant Street,    Pittsburgh, PA   15219
tr              E-mail/Text: john.melaragno@txitrustee.com Sep 23 2020 04:21:51      John C. Melaragno, Trustee,
                 502 West 7th Street.,    Erie, PA   16502
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 23 2020 04:22:08
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 23 2020 04:22:08      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Sep 23 2020 04:22:17
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +E-mail/Text: ebnnotifications@creditacceptance.com Sep 23 2020 04:21:49
                 Credit Acceptance Corporation,    25505 W. 12 Mile Road,    Suite 3000,
                 Southfield, MI 48034-8331
14918464        EDI: HNDA.COM Sep 23 2020 07:53:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
14900730        EDI: BANKAMER.COM Sep 23 2020 07:53:00      Bank of America,   PO Box 982234,
                 El Paso, TX 79998
14906713       +E-mail/Text: bankruptcy@bbandt.com Sep 23 2020 04:21:57      BB&T, bankruptcy section,
                 10-50-01-51,    P.O. box 1847,    Wilson, NC 27894-1847
14925798        EDI: BL-BECKET.COM Sep 23 2020 07:53:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
14900732       +EDI: RMSC.COM Sep 23 2020 07:53:00      Care Credit/Synchrony Bank,    PO Box 960013,
                 Orlando, FL 32896-0013
14987929       +E-mail/Text: ebnnotifications@creditacceptance.com Sep 23 2020 04:21:49      Credit Acceptance,
                 25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14900733        EDI: JPMORGANCHASE Sep 23 2020 07:53:00      Chase,    PO Box 15123,   Wilmington, DE 19850
14910892       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Sep 23 2020 04:22:27      KeyBank N.A.,
                 4910 Tiedeman Road,    Brooklyn, Ohio 44144-2338
14900740       +E-mail/Text: PBNCNotifications@peritusservices.com Sep 23 2020 04:21:53      Kohl’s,
                 PO Box 2983,    Milwaukee, WI 53201-2983
14900742       +EDI: TSYS2.COM Sep 23 2020 07:53:00      LL Bean,    PO Box 13337,    Philadelphia, PA 19101-3337
15160085        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 23 2020 04:23:20      LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
14900743       +EDI: RMSC.COM Sep 23 2020 07:53:00      Lowe’s/Synchrony Bank,    PO Box 530914,
                 Atlanta, GA 30353-0914
14939554        EDI: PRA.COM Sep 23 2020 07:53:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14901523       +EDI: PRA.COM Sep 23 2020 07:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14900745       +EDI: RMSC.COM Sep 23 2020 07:53:00      Paypal,    PO Box 5138,
                 Lutherville Timonium, MD 21094-5138
14918775       +E-mail/Text: bankruptcyteam@quickenloans.com Sep 23 2020 04:22:32      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
```

```
District/off: 0315-1            User: lfin                  Page 2 of 2                  Date Rcvd: Sep 22, 2020
                                Form ID: 309B               Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14940220       +E-mail/Text: bncmail@w-legal.com Sep 23 2020 04:22:26      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
                                                                                                 TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
cr*            +LVNV Funding LLC,    PO Box 10587,   Greenville, SC 29603-0587
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14900736*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:  Honda Financial Services,    PO Box 65507,    Wilmington, DE 19898)
14900739*      Key Bank,   PO Box 896446,    Cleveland, OH 44101
                                                                                          TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2020 at the address(es) listed below:
```
              Brian  Nicholas    on behalf of Creditor    Quicken Loans Inc. bnicholas@kmllawgroup.com
              John C. Melaragno, Trustee    johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;ecf.a
               lert+Melaragno@titlexi.com
              Kenneth M. Steinberg    on behalf of Debtor Robert O. Jacky julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Kenneth M. Steinberg    on behalf of Joint Debtor Mary Linda Jacky
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    American Honda Finance Corporation d/b/a Honda
               Financial Services, Administrator for Honda Lease Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                 TOTAL: 8
```