**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROBERT O. JACKY<br>MARY LINDA JACKY<br>   Debtor(s)<br><br>Ronda J. Winnecour<br>   Movant<br>  vs.<br>No Respondents. | Case No.:18-10836 TPA<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

 1. The case was filed on 08/21/2018 and confirmed on 09/26/2018. The case was subsequently  (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

 2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 38,922.00 |
| Less Refunds to Debtor | 3,240.05 | |
| TOTAL AMOUNT OF PLAN FUND | | 35,681.95 |
| | | |
| Administrative Fees | | |
|  Filing Fee | 0.00 | |
|  Notice Fee | 0.00 | |
|  Attorney Fee | 3,700.00 | |
|  Trustee Fee | 1,919.41 | |
|  Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,619.41 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|  QUICKEN LOANS LLC FKA QUICKEN LOAN<br>  Acct: 9169 | 0.00 | 22,168.78 | 0.00 | 22,168.78 |
|  QUICKEN LOANS LLC FKA QUICKEN LOAN<br>  Acct: 9169 | 215.59 | 0.00 | 0.00 | 0.00 |
| | | | | 22,168.78 |
| **Priority** | | | | |
|  KENNETH M STEINBERG ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|  ROBERT O. JACKY<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|  STEIDL & STEINBERG<br>  Acct: | 4,700.00 | 3,700.00 | 0.00 | 0.00 |
|  AMERICAN HONDA FINANCE CORP*<br>  Acct: 7609 | 0.00 | 0.00 | 0.00 | 0.00 |
|  ROBERT O. JACKY<br>  Acct: | 3,240.05 | 3,240.05 | 0.00 | 0.00 |
|  CREDIT ACCEPTANCE CORP*<br>  Acct: 1161 | 0.00 | 7,893.76 | 0.00 | 7,893.76 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 7,893.76 |
| Unsecured | | | | | |
| | BANK OF AMERICA NA** | 20,172.30 | 0.00 | 0.00 | 0.00 |
| | Acct: 9901 | | | | |
| | BRANCH BANKING&TRUST CO/BB&T(*) | 180.46 | 0.00 | 0.00 | 0.00 |
| | Acct: 4186 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 970.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 3542 | | | | |
| | CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8365 | | | | |
| | HAMMERLEE DENTAL CARE | 398.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0016 | | | | |
| | KATHLEEN TUCCI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KEYBANK NA** | 493.47 | 0.00 | 0.00 | 0.00 |
| | Acct: 5202 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6382 | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KEYBANK NA** | 3,228.17 | 0.00 | 0.00 | 0.00 |
| | Acct: 6590 | | | | |
| | CAPITAL ONE NA** | 263.38 | 0.00 | 0.00 | 0.00 |
| | Acct: 6489 | | | | |
| | COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9078 | | | | |
| | LL BEAN CARD SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3154 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 2,555.81 | 0.00 | 0.00 | 0.00 |
| | Acct: 6382 | | | | |
| | MEADVILLE MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8162 | | | | |
| | LVNV FUNDING LLC | 2,686.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 7420 | | | | |
| | PNC BANK NA | 4,064.43 | 0.00 | 0.00 | 0.00 |
| | Acct: 2026 | | | | |
| | RENEW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5422 | | | | |
| | TRANSWORLD SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6777 | | | | |
| | UPMC HEALTH SERVICES | 574.52 | 0.00 | 0.00 | 0.00 |
| | Acct: 7179 | | | | |
| | BRANCH BANKING&TRUST CO/BB&T(*) | 3,149.44 | 0.00 | 0.00 | 0.00 |
| | Acct: 5816 | | | | |
| | WILLIAM CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AMERICAN HONDA FINANCE CORP* | 3,660.86 | 0.00 | 0.00 | 0.00 |
| | Acct: 7609 | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                                           30,062.54

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 215.59 |
| UNSECURED | 42,397.61 |

Date: 10/27/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com