**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Robert O. Jacky** | Social Security number or ITIN  xxx–xx–5060 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Mary Linda Jacky** | Social Security number or ITIN  xxx–xx–7179 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **18–10836–TPA**

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert O. Jacky                                    Mary Linda Jacky

1/6/21                                             **By the court:**  Thomas P. Agresti
                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert O. Jacky  
Mary Linda Jacky  
    Debtor(s)

Case No. 18-10836-TPA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: admin      Page 1 of 3  
Date Rcvd: Jan 06, 2021      Form ID: 318      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert O. Jacky, Mary Linda Jacky, 6055 Glade Drive, Erie, PA 16509-2705 |
| cr | + | American Honda Finance Corporation d/b/a Honda Fin, 3625 W. Royal Lane #200, Irving, TX 75063-2912 |
| 14900731 | + | BB&T Credit, PO Box 580435, Charlotte, NC 28258-0435 |
| 14933462 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14924493 | + | Comprehensive Dental Group, LLC, 5158 Peach Street, Suite 110, Erie, PA 16509-2489 |
| 14900734 | + | Hammerlee Dental Care, 5158 Peach Street, Erie, PA 16509-2489 |
| 15298620 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14900737 | + | Kathleen Tucci, 211 Woodridge Drive, Cranberry Twp, PA 16066-5775 |
| 14900738 | | Key Bank, PO Box 896446, Cleveland, OH 44101 |
| 14904991 | + | KeyBank N.A. as S/B/M to First Niagara, NA, 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 14900741 | + | Lending Club/Comenity Captial Bank, PO Box 659622, San Antonio, TX 78265-9622 |
| 14900744 | + | Meadville Medical Center, PO Box 4148, Woburn, MA 01888-4148 |
| 14900747 | + | Quicken Loans, PO Box 6577, Carol Stream, IL 60197-6577 |
| 14900748 | + | Renew Finance, PO Box 809388, Chicago, IL 60680-9388 |
| 14900749 | + | Transworld Systems Inc, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14900750 | + | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14929917 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: john.melaragno@txitrustee.com | Jan 07 2021 03:21:00 | John C. Melaragno, Trustee, 502 West 7th Street., Erie, PA 16502 |
| smg | | EDI: PENNDEPTREV | Jan 07 2021 05:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 07 2021 03:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 07 2021 05:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 07 2021 03:22:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 07 2021 03:21:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14918464 | | EDI: HNDA.COM | Jan 07 2021 05:53:00 | American Honda Finance Corporation, National |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14900730 | | EDI: BANKAMER.COM | Jan 07 2021 05:53:00 | Bank of America, PO Box 982234, El Paso, TX 79998 |
| 14906713 | + | Email/Text: bankruptcy@bbandt.com | Jan 07 2021 03:22:00 | BB&T, bankruptcy section, 10-50-01-51, P.O. box 1847, Wilson, NC 27894-1847 |
| 14925798 | | EDI: BL-BECKET.COM | Jan 07 2021 05:53:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14900732 | + | EDI: RMSC.COM | Jan 07 2021 05:53:00 | Care Credit/Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 14987929 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 07 2021 03:21:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14900733 | | EDI: JPMORGANCHASE | Jan 07 2021 05:53:00 | Chase, PO Box 15123, Wilmington, DE 19850 |
| 14910892 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 07 2021 03:23:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, Ohio 44144-2338 |
| 14900740 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 07 2021 03:21:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14900742 | + | EDI: TSYS2.COM | Jan 07 2021 05:53:00 | LL Bean, PO Box 13337, Philadelphia, PA 19101-3337 |
| 15160085 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2021 03:28:38 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14900743 | + | EDI: RMSC.COM | Jan 07 2021 05:53:00 | Lowe's/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14900746 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 07 2021 03:21:00 | PNC Bank, PO Box 856177, Louisville, KY 40285 |
| 14939636 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 07 2021 03:21:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14939554 | | EDI: PRA.COM | Jan 07 2021 05:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14901523 | + | EDI: PRA.COM | Jan 07 2021 05:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14900745 | + | EDI: RMSC.COM | Jan 07 2021 05:53:00 | Paypal, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14918775 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 07 2021 03:24:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14940220 | + | Email/Text: bncmail@w-legal.com | Jan 07 2021 03:23:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| aty | *P++ | JOHN C MELARAGNO, 502 WEST SEVENTH STREET, ERIE PA 16502-1333, address filed with court:, John C. Melaragno, Trustee, 502 West 7th Street., Erie, PA 16502 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14900735 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Financial Services, PO Box 65507, Wilmington, DE 19898 |
| 14900736 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Financial Services, PO Box 65507, Wilmington, DE 19898 |
| 14900739 | * | Key Bank, PO Box 896446, Cleveland, OH 44101 |

| | | |
|---|---|---|
| District/off: 0315-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 06, 2021 | Form ID: 318 | Total Noticed: 40 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 08, 2021            Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| John C. Melaragno, Trustee | on behalf of Trustee John C. Melaragno  Trustee johnm@mplegal.com, jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;ecf.alert+Melaragno@titlexi.com |
| John C. Melaragno, Trustee | johnm@mplegal.com jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;ecf.alert+Melaragno@titlexi.com |
| Kenneth M. Steinberg | on behalf of Debtor Robert O. Jacky julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Kenneth M. Steinberg | on behalf of Joint Debtor Mary Linda Jacky julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Services  Administrator for Honda Lease Trust ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 8